AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    CALIFORNIA

UNITED STATES OF AMERICA,
        Plantiff,
  V.

ISAUL RODRIGUEZ-BANUELOS,
        Defendant.

**APPEARANCE**

Case Number: 08MJ0930

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ISAUL RODRIGUEZ-BANUELOS

I certify that I am admitted to practice in this court. PRO HAC VICE.

3/27/2008
Date

/s/ LINDA LOPEZ
Signature

Linda Lopez/ Federal Defenders of SD     177301
Print Name     Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City     State     Zip Code

(619) 234-8467     (619) 687-2666
Phone Number     Fax Number

## **CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 27, 2008                                                   /s/ Linda Lopez
                                                                                 LINDA LOPEZ
                                                                                 Federal Defenders of San Diego, Inc.
                                                                                 225 Broadway, Suite 900
                                                                                 San Diego, CA 92101-5030
                                                                                 (619) 234-8467 (tel)
                                                                                 (619) 687-2666 (fax)
                                                                                 e-mail: Linda_Lopez@fd.org